UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA J. TAVAREZ,

                              Plaintiff,

      -against-

SUNY STONY BROOK, et al,

                              Defendants.
------------------------------------------------------------X

**MEMORANDUM OF DECISION AND ORDER**
04-CV-1629 (DRH) (ARL)

**HURLEY, District Judge:**

On May 24, 2005, United States Magistrate Arlene R. Lindsay issued a Report and Recommendation, recommending that the action be dismissed for failure to prosecute.

The Report advised the parties that any party must file objections within 10 days of the date of service of the report, and that failure to file objections would result in a waiver of the right to appeal the final order of this Court. *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1). More than 10 days have elapsed since the Report was served and to date, no party has filed any objections.

The Court has reviewed has reviewed the Report and Recommendation of Judge Lindsay for clear error, and the Court concurs in both its reasoning and its result. Accordingly, the Court adopts the May 24, 2005 Report and Recommendation in its entirety. Plaintiff's case is dismissed for failure to prosecute.

The Clerk of the Court is directed to close this case.

     **SO ORDERED.**
Dated: Central Islip, N.Y.
       June 15, 2005

                                         /s_____
                                         Denis R. Hurley,
                                         United States District Judge